**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEWEY A. BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00169-RWS |
| | ) | |
| GREGORY HANCOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff Dewey A. Barnett's

Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).  Because

Plaintiff has not pled circumstances that would excuse him from the "three strikes" rule, the Court

denies his application.

Plaintiff is a prisoner who has, on more than three prior occasions while incarcerated,

brought an action in this Court that was dismissed for one of the reasons listed in 28 U.S.C. §

1915(g).[1]  The Prison Litigation Reform Act of 1996 provides, in relevant part:

> In no event shall a prisoner bring a civil action . . . under this section if the prisoner
> has, on three or more occasions, while incarcerated or detained in any facility,
> brought an action . . . in a court of the United States that was dismissed on the
> grounds that it is frivolous, malicious, or fails to state a claim upon which relief
> may be granted, unless the prisoner is under imminent danger of serious physical
> injury.

---

[1] *See Barnett v. Fox*, No. 4:25-cv-307-SPM (E.D. Mo. May 13, 2025); *Barnett v. Fox*, No. 4:25-cv-1206-JSD (E.D. Mo. Aug. 27, 2025); *Barnett v. Hill*, No. 1:25-cv-167-JMB (E.D. Mo. Oct. 8, 2025); *see also Barnett v. Prince, et al.*, No. 1:26-cv-145-ZMB (E.D. Mo. July 6, 2026) (denying IFP because Barnett has three strikes); *Barnett v. Brown, et al.* No. 4:26-cv-734-MTS (E.D. Mo. May 18, 2026) (same); *Barnett v. Stacey*, No. 4:26-cv-88-RHH (E.D. Mo. Mar. 16, 2026) (noting Barnett has three strikes).

28 U.S.C. § 1915(g). Therefore, this Court would only be able to grant Plaintiff leave to proceed without prepayment of the required filing fee if Plaintiff "is under imminent danger of serious physical injury." *Id.*

Plaintiff alleges he ordered books from "Lucy Parsons book store prisoners['] book program," but Defendants blocked him from receiving the books. Doc. 1 at 3. Plaintiff has not alleged he is under imminent danger of serious physical injury. As such, the Court cannot grant Plaintiff leave to proceed without prepaying fees and costs. *See* 28 U.S.C. § 1915(g). Accordingly, the Court denies his application.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **DENIED**. (Doc. 2)

**IT IS FURTHER ORDERED** that if Plaintiff seeks to proceed with this action, within 21 days he shall pay the $405 filing fee.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, this action will be dismissed without prejudice and without further notice.

Dated this 15th day of July, 2026.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

2